**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARPLE NEWTOWN SCHOOL DISTRICT,** ***Plaintiff,*** | : | **CIVIL ACTION** |
| **v.** | : | |
| **S.Z., as parent and natural guardian of A.B.,** ***Defendant.*** | : | **NO. 26-6426** |

**ORDER**

**AND NOW**, this **15th** day of **September 2026**, upon consideration of Plaintiff's Motion for a Temporary Restraining Order, Declaratory Relief, and/or Preliminary Injunction (ECF No. 11), and the docket, it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(b), Plaintiff's Motion for Temporary Restraining Order (ECF No. 11) is **GRANTED** and a **TEMPORARY RESTRAINING ORDER** is hereby issued because Plaintiff has satisfied the requirements for a temporary restraining order, as explained in the accompanying Memorandum. This **ORDER** hereby **ENJOINS** and **RESTRAINS**:

1. The Hearing Officer's July 2, 2026 Order (ECF No. 1-4), directing A.B. to return to the life-skills classroom at Russell Elementary School on the date of September 15, 2026, from taking effect pending further order of this Court.
2. An automatic transfer to a district-based placement for A.B. from taking effect based solely on the unavailability of a new Chester County Intermediate Unit ("CCIU") located in Malvern, Pennsylvania.

It is hereby further **ORDERED**:

1. The Hearing Officer's July 2, 2026 Order directing A.B. to return to the life-skills classroom at Russell Elementary School is **STAYED** until further order of this Court.

2. A.B.'s pendent placement is the special placement operated by the CCIU currently located in Coatesville, Pennsylvania, but which will be changing location in the fall of 2026 to Malvern, Pennsylvania, pursuant to the representation of Plaintiff's counsel.
3. A.B. shall remain in the current specialized placement operated by the CCIU, currently located in Coatesville and then transferring to the Malvern location when it opens, until resolution of this action, unless the Parties agree otherwise.
4. A hearing on this matter is scheduled for **September 22, 2026, at 2:00 p.m.** in a Courtroom to be determined at 601 Market Street, Philadelphia, PA 19106.
5. The movant **SHALL** post a bond of $5,000.00 on or before September 29, 2026.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**