**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARPLE NEWTOWN SCHOOL DISTRICT,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **S.Z., as parent and natural guardian of A.B.,** *Defendant.* | : | **NO. 26-6426** |

# ORDER

**AND NOW**, this **8th** day of **October 2026**, upon consideration of Plaintiff's Motion for a Temporary Restraining Order, Declaratory Relief, and/or Preliminary Injunction (ECF No. 11), and the docket, it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(b), Plaintiff's Motion for Preliminary Injunction (ECF No. 11) is **GRANTED** and a **PRELIMINARY INJUNCTION** is hereby issued.

This **ORDER** hereby **ENJOINS** and **RESTRAINS**:

1. The Hearing Officer's July 2, 2026 Order (the "Hearing Officer's Order") (ECF No. 1-4), directing A.B. to return to the life-skills classroom at Russell Elementary School on the date of September 15, 2026, from taking effect pending further order of this Court.
2. An automatic transfer to a district-based placement for A.B. from taking effect based solely on the unavailability of a new Chester County Intermediate Unit ("CCIU") located in Malvern, Pennsylvania.

It is hereby further **ORDERED**:

1. The Hearing Officer's July 2, 2026 Order directing A.B. to return to the life-skills classroom at Russell Elementary School is **STAYED** until further order of this Court.

2. A.B.'s placement is the special placement operated by the CCIU currently located in Coatesville, Pennsylvania, but which will be changing location to Malvern, Pennsylvania, on or about November 2, 2026, pursuant to the representation of Plaintiff's counsel.
3. A.B. shall remain in the current specialized placement operated by the CCIU, currently located in Coatesville until the Malvern location is opened, unless the Parties agree otherwise.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**